UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTHONY L. JERDINE, | ) | CASE NO. 1:07CV3193 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| | ) | |
| GREG JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | JUDGMENT |

     This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

     s/David D. Dowd, Jr.  10/31/2007
_____
DAVID D. DOWD, JR.
UNITED STATES DISTRICT JUDGE